UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESSINGTON WADE, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-02316-GMN-NJK |
| | ) | |
| vs. | ) | ORDER GRANTING MOTION TO STAY DISCOVERY |
| | ) | (Docket No. 17) |
| CLARK COUNTY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is Defendants' motion to stay discovery. Docket No. 17. The Court ordered any response to be filed no later than March 3, 2014, Docket No. 18, but none has been filed to date. For good cause shown, the Court hereby **GRANTS** the motion and **STAYS** discovery in this case pending completion of the Early Neutral Evaluation. Nothing herein shall be construed as staying the scheduled Early Neutral Evaluation nor as staying resolution of the pending motion to dismiss. If the Early Neutral Evaluation does not result in a settlement of this case, the parties shall file a joint status report indicating how they propose to proceed with this case within 7 days of the completion of the Early Neutral Evaluation.

IT IS SO ORDERED.

DATED: March 5, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge